AO 91 (Rev. 10/95) Criminal Complaint

# UNITED STATES DISTRICT COURT ~~FILED~~

**EASTERN DISTRICT OF CALIFORNIA**

SEALED

MAY 14 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **SHANNTAYE HICKS** | **CRIMINAL COMPLAINT** |
| **(Name and Address of Defendant)** | CASE NUMBER: |
| | 2 13 - MJ - 0 1 5 6  CKD |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Sacramento County, in the Eastern District of California defendant did,

- between on or about March 1, 2013, and March 23, 2013, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, to wit: a 16-year-old female identified as "Juvenile Victim 1," knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act;

-

- between on or about March 1, 2013, and March 23, 2013, in or affecting interstate commerce, knowingly benefit financially or by receiving anything of value, from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, or maintained by any means a person, to wit: a 16-year-old female identified as "Juvenile Victim 1," knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act; and

-

- between on or about March 20, 2013, and March 23, 2013, knowingly transport an individual who has not attained the age of 18 in interstate or foreign commerce, to wit, a 16-year-old female identified as "Juvenile Victim ,"with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense,

in violation of **Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), and 2423(a).** I further state that I am a Special Deputy United States Marshal, assigned to the Sacramento Innocence Lost Task Force, and that this complaint is based on the following facts:

- **See Attached Affidavit**

**X** Continued on the attached sheet and made a part hereof.

Signature of Complainant DEREK STIGERTS
Special Deputy U.S. Marshal
Sacramento IL Task Force

Sworn to before me, and subscribed in my presence

May 14, 2013    at    Sacramento, California

Date      City and State

CAROLYN K. DELANEY

United States Magistrate Judge      Signature of Judicial Officer

Name and Title of Judicial Officer

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO, CALIFORNIA

## <u>AFFIDAVIT IN SUPPORT OF ARREST WARRANT</u>

I, Derek Stigerts, being duly sworn, depose and state:

1. I am a sworn police officer with the Sacramento Police Department and have been since January 1991.  I am currently assigned to the FBI's Innocence Lost Task Force, which primarily investigates sexual exploitation of children through prostitution.  I have been deputized as a Special Deputy United States Marshal since January 2007.  I have attended and instructed numerous hours of instruction on child prostitution and the victims of such crimes.   During my tenure on the task force, I have conducted and participated in numerous investigations of criminal activity, including cases involving juvenile prostitution and the sex trafficking of children or through force, fraud, and coercion.

2. As a Special Deputy US Marshal, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I am currently conducting a criminal investigation regarding the sex trafficking of children or through force, fraud, and coercion in violation of Title 18 U.S.C.  § 1591, and the transportation of minors in violation of 18 U.S.C. § 2423(a).

4. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, other FBI agents, and on my own investigation of this matter.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have only set forth the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of 18 U.S.C. §§ 1591 and 2423(b).

**STATUTORY AUTHORITY**

5. This investigation concerns alleged violations of:

     a.  18 U.S.C. § 1591 which makes it a crime to knowingly, in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, or to benefit financially or by receiving anything of value, from participation in a venture which has recruited, enticed, harbored, transported, provided, obtained, or maintained by any means a person, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, and

     b.  18 U.S.C. § 2422(a)which makes it a crime to knowingly transport an individual who has not attained the age of 18 in interstate or foreign commerce, with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense.

**BACKGROUND ON PROSTITUTION AND THE USE OF THE INTERNET AND CELLULAR PHONES TO FURTHER PROSTITUTION**

6. Through my training and experience, I am aware of the following traits of prostitution and how the Internet, computer, and cell phones are used to used to further the activities of illegal prostitution:

a. Individuals who, through enticement, intimidation, or force enlist individuals to become prostitutes, and who profit from the prostitution of others, are called "pimps." Pimps are sometimes euphemistically referred to as "management." Pimps can be either male or female.

b. Pimps, as well as prostitutes who are not "managed," have embraced the Internet

1   as a means of advertising services and communicating with customers.

2   c.  Certain web sites have been created to facilitate communications between

3   prostitutes and their clients.  The more notable web sites relevant to prostitution

4   in the Eastern District of California include "Myredbook.com" (also called

5   "myredbook" or "redbook"), and the "Adult Services" section of "Backpage.com."

6   These web sites allow pictures to be posted as part of advertisements.  I have

7   viewed prostitution advertisements on each of these web sites.  In addition, I have

8   viewed prostitution advertisements on these websites of females I later confirmed

9   to be minors.

10   d.  Advertisements for prostitutes often contain codes for the services provided.  For

11   example the term "w4m" means women for men.   The term "in-calls only" refer

12   that the prostitute will be providing the location for the sexual transaction.  The

13   term "donation" is often used to mean the cost for the sexual transaction.  The

14   advertisements will also often contain a phone number for prospective dates to

15   contact.

16   e.  Pimps will often use prostitution web sites because of their ability to target

17   multiple customers with little or no cost.  In addition, the Internet provides a level

18   of anonymity to a pimp, and also allows him to manage the women who work for

19   him remotely.

20   f.  I know that computers and Internet-capable cellular phones (also known as smart

21   phones) have become an integral part of the prostitution industry.  Pimps and the

22   women who work for them will use computers and smart phones to post and

23   update prostitution-related advertisements.   Pimps and prostitutes use personal

24   e-mail accounts accessed through the internet to post their advertisements on

25   prostitution assisting web sites.  They will also use cellular and smart phones

26   equipped with cameras to take photographs which are then used in the online

27   prostitution advertisements; these photographs are sometimes sent between pimps

28

and prostitutes prior to or after they are used in advertisements. These computers and smart phones may also be used to send and receive emails, text or instant messages, or phone calls from prospective customers. Prospective customers are sometimes referred to as a "john," or "date." Computers, smart phones, cellular phones, and other digital devices will also be used by pimps and prostitutes to communicate with each other, as well as to communicate with others who may not be pimps or prostitutes, but who may have some connection with the prostitution sub-culture.

g. I am also aware that when phone calls are made and received and text messages sent and received, the cellular tower that the phone is operating from is recorded by the wireless phone company. The phone tower pin points the general location that the cellular phone is close to.

h. Subjects who utilize the internet to post prostitution related advertisements on websites such as "myredbook.com" often use photographs in the advertisements. These photographs often show a nude or semi-nude female.

i. Most juvenile prostitutes have pimps. Prostitutes will often refuse to divulge the identity of their pimps to law enforcement. Most pimps often instruct the prostitutes on what to say and what not to say to law enforcement.

j. Prostitutes are instructed by the pimp on how to detect undercover officers. When arranging "dates" with clients over the phone, prostitutes rarely discuss the details pertaining to the sexual acts that are to occur until they meet in person.

k. Pimps at times use physical force and/or fear to control the prostitutes. They control the prostitutes' actions, and collect monies earned through acts of prostitution. The pimps facilitate the prostitution by transporting the prostitutes to locations where the prostitution occurs. The pimps, at times, transport prostitutes across state lines for the purpose of prostitution. Pimps often possess firearms to assist in protecting their prostitutes. These firearms may also be used

to intimidate or control the women who work for the pimp.

l. Prostitutes and/or pimps may stay in motels/hotels while working. This includes prostitutes who are working locally, as well as those who travel to other cities. Often, these motels/hotels are located near major freeways or interstates, allowing easy access to potential customers. Due to their portability and the frequent availability of internet Wi-Fi access at many motels/hotels, laptop computers and Internet-capable smart phones are often used when pimps and prostitutes stay at motels/hotels in order to allow them to add and update online postings of prostitution-related advertisements. When they travel, prostitutes and pimps may use their personal cars, rental cars, airplane, or bus. The pimps may use utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

m. In addition to the income earned from their prostitutes, pimps may also sell drugs to make money. Pimps may also provide drugs to the prostitutes that work for them in order to suppress their appetites and to assist with the demands of prostituting for long periods of time.

n. Whether male or female, the term "daddy" is commonly used by prostitutes when referring to their pimps. The pimp's phone number is often programmed as "daddy" or some other similar moniker in the prostitute's cell phone.

o. Pimps often request or force their prostitutes to obtain tattoos of names and/or symbols that are related to the pimp's name or nickname.

## BACKGROUND OF INVESTIGATION

7. On March 27, 2013, I was contacted by Detective Gary Carruesco of the Bakersfield, California Police Department (BPD) regarding an investigation by his department of a commercial sexual exploitation of a child (child prostitution). The victim was identified as "J.W.", (hereinafter referred to as "Victim") a 16-year-old female.

5

Detective Carruesco sent me the BPD police report which documented the
investigation. The report read as follows:

a. On March 23, 2013, at approximately 2:24 AM, BPD patrol officers were
dispatched to a Super 8 Motel on 901 Real Road, Bakersfield, CA, at the request of
R.S., the Victim's mother. R.S. told officers that her daughter, the Victim, had ran
away from home on February 14th, 2013. R.S. and the Victim lived in Sacramento,
CA. On March 22nd, 2013, R.S. ~~stated she~~ received a phone call from the Victim
from a blocked phone number. The Victim told R.S. she was being forced to
prostitute on Union Ave in Bakersfield, CA. R.S. said the call was abruptly ended
when the Victim stated, "shit, here he comes. I have to go."

b. R.S. stated she drove to Bakersfield, CA from Sacramento, CA to find the Victim.
R.S. told officers that the Victim had previously been arrested in Oakland, CA for
prostitution and that when the victim was arrested in Oakland that she was with
a black male adult male of an unknown age that had black dreadlocks.

c. R.S. told officers that while she was looking for the Victim in Bakersfield, she
observed a subject who matched the description of the man the Victim was with in
Oakland (the black male adult with dread locks), and that this man got into a
black 4 door Mercedes Benz with California license plate 4YJF657. R.S. stated she
did not see the Victim with the subject and she had no information which linked
the subject to the Victim. R.S. located the Mercedes Benz at the Super 8 Motel
located at 901 Real Road in Bakersfield.

d. R.S. told officers that a subject named Shanntaye Hicks (hereinafter "Hicks") was
also arrested in Oakland with the Victim. Officers identified Michael Pride
(hereinafter "Pride") as the registered owner of the Mercedes Benz.

8. Officers spoke with the Super 8 Motel staff who stated they did not have anyone by
the name of Hicks, Pride, or the Victim registered at the motel, nor did they know
which room the Mercedes was associated with.

6

9. At approximately 9:00 AM, Det. Carruesco took over the investigation and contacted R.S. R.S. told Detective Carruesco that her sister had actually received the call from the Victim on March 22, 2013, at approximately 5:00 PM. R.S.'s sister stated that the Victim was kicked out of a vehicle in Bakersfield, and was being forced into prostitution. After the call was terminated, the Victim was not heard from again.

10. R.S. gave Det. Carruesco the phone number 916-690-9019, and stated she believed the number was associated with the Victim. R.S. received the phone number from her cousin who contacted the male black subject in the Mercedes Benz (referred to in paragraph 7d.). The cousin, pretending to be a prostitution customer, asked the subject if he had any young girls working. The subject stated he had one girl who was working out of a motel. He gave the cousin the phone number 916-690-9019, and told him to call the number.

11. Detective Carruesco found that the number belonged to T-Mobile. He contacted T-Mobile who stated the phone was turned off. Detective Carruesco ran the phone number in the search engine of the website Myredbook.com. Using that number, Det. Carruesco located a prostitution advertisement for a white female named "Mya" at the Super 8 Motel.

12. R.S. told Detective Carruesco that two weeks prior, the Victim was taken to Oakland and forced into prostitution by the boyfriend of Hicks. R.S. researched Hicks on the social networking site Facebook and learned that Hicks had connections with a male black adult in his 20's with dread locks, tattoos, and the nickname "MP" or "Banga."

13. Detective Carruesco contacted the Super 8 Motel staff where the Mercedes Benz was located. Staff informed Detective Carruesco that they did not know who was associated with the vehicle. Staff did advise that the occupant of room 229 was from Sacramento, CA. The room was registered to Laureen Wynne (hereinafter "Wynne") with a phone number of 916-690-9019.

14. Detective Carruesco showed the staff a photograph of the Victim and Hicks. Staff

1   stated that Hicks was registered at the motel the night before and was supposed to
2   stay for two nights but checked out a day early. Hicks used a Wells Fargo credit card
3   to rent the room. The Super 8 Motel staff provided a copy of the credit card number
4   and the California driver license number for Hicks.

5   15. Detective Carruesco contacted Wynne and Pride in room 229. Pride was found to be
6      on state parole. Wynne stated she was working as a prostitute and identified Pride as
7      her boyfriend. R.S.'s cousin positively identified Pride as the subject he contacted,
8      and who gave him the phone number 916-690-9019.

9   16. The Victim was not located in the room and Wynne and Pride denied knowing her or
10     Hicks.

11  17. Detective Carruesco responded to Wells Fargo Bank on California Avenue in
12     Bakersfield. Contact was made with the corporate security officer. The Corporate
13     Security Officer stated that the credit card used by Hicks to rent the room at Super 8
14     Motel was used on March 22, 2013, at New York New York Hotel and the Travelodge
15     in Las Vegas, Nevada.

16  18. Detective Carruesco contacted Sgt. AJ Beas of the Las Vegas Metropolitan Police
17     Department at approximately 11:00 PM and advised him of the investigation. At
18     approximately 1:00 AM on March 24, 2013, Sgt. Beas contacted Det. Carruesco and
19     told him that the Victim and Hicks were located at the Travelodge.

20  19. On March 25, 2013, Det. Carruesco received a message from R.S. who was in Las
21     Vegas picking up the Victim. R.S. stated she described Pride to the Victim and the
22     Victim immediately said that he pimp was "MP" (who also went by the name
23     "Banga"). R.S. stated the Victim told her that Pride drove her to Bakersfield from
24     Sacramento. The Victim stated she got scared and called Hicks to come pick her up.
25     R.S. said the Victim was terrified of Pride and that he was a known pimp and gang
26     member from Sacramento.

27  20. On April 11, 2013, I contacted the Victim at her residence in Sacramento. I began by

28

8

showing her photographs of Pride and Wynne.  She stated the following in summary:

a.  The Victim stated she did not know either of the subjects in the photographs.  She stated she lied to her mother about them because she was afraid of Hicks and wanted to protect her.  She stated her mother first mentioned Pride and she just went along with it.  She stated her mother still did not know the truth, and she decided not to tell her until law enforcement showed up.

b.  She stated Hicks was the only one ever involved with her prostitution.  Hicks and the Victim were in a relationship and the Victim ran away from home on February 14, 2013.  Hicks responded to the Victim's residence and picked her up.  The Victim and Hicks stayed together at motels.  Approximately two weeks after leaving, the Victim began prostituting and she stated it was her idea because she and Hicks did not have any food or money.  She stated she had never prostituted before and knew nothing about it.

c.  The Victim stated that Hicks began to post her on the website Myredbook.com.  The Victim had never heard of the website and did not know what it was.  She stated that Hicks told her what to do and what not to do.  Hicks told the Victim to always get the money before the sex act and to do whatever the customer wanted.  The Victim stated Hicks' phone was used for the appointment and that she gave all the money she earned from prostitution to Hicks.  Hicks never told her to give all the money but the Victim knew she was supposed to.

d.  The Victim stated she wanted to stop prostituting but Hicks began pressuring her to work more.   The Victim knew things about Hicks that cause her to be afraid, but she did not want to discuss those incidents.  She stated she was afraid to tell Hicks that she wanted to stop.

e.  Hicks transported the Victim to several cities across California where the Victim prostituted.   The cities included Sacramento, Oakland, Bakersfield and Los Angeles.  The Victim stated there were more but she could not remember.  She

1    stated they stayed in different motels, including Motel 6s.

2    f.   The Victim stated that when she and Hicks were in Oakland, Hicks had the Victim
3         work out of motels as well as work the streets as a prostitute. She stated she was
4         stopped and contacted by the Oakland Police Department (OPD) while she was
5         working the streets. The Victim gave the officer her sister's name so they would
6         not know she was a minor.   OPD positively identified her as a minor and
7         contacted her mother. The Victims mother drove to Oakland and picked her up.

8    g.   The Victim stated Hicks was somewhere in the area but was not contacted by
9         OPD. OPD confiscated a cellular phone the Victim was in possession of. Hicks
10        had bought the phone for the Victim and given it to her. OPD gave the phone to
11        the Victim's mother when she responded.

12   h.   The day after returning home, Hicks picked up the victim again from the Victim's
13        residence. The Victim began working as a prostitute again. The Victim's mother
14        knew of Hicks and began to contact her regarding the Victim. Hicks told the
15        Victim she needed to do something to get her mother off of her. The Victim called
16        her mother and told her she was with a black male who went by the name of
17        "Banga". The Victim was actually with Hicks.

18   i.   The Victim stated that Hicks transported her from Sacramento, CA to Reno, NV so
19        the Victim could prostitute. They stayed at the Circus Circus Hotel Casino and
20        only stayed one night. The Victim stated she did not get any calls and did not
21        have any dates while in Reno. Hicks transported the Victim back to California.

22   j.   Hicks and the Victim ended up in Bakersfield, CA where the Victim was working
23        as a prostitute. The Victim called her aunt because she wanted help getting away
24        from Hicks and getting back home. Hicks saw the Victim on the phone. The
25        Victim ran into a store and tried to delete the number so Hicks would not know.
26        Hicks told the Victim to get in the car. Once in the car, Hicks began yelling and
27        threatening the Victim. Hicks stated she should kick the Victim's "Ass". The

28

10

1   Victim told her to do it but Hicks did not.

2   k. The Victim stated she was tired of working as a prostitute and being used by
3      Hicks. She stated Hicks acted like she owned her. She stated Hicks would not let
4      her call her family or have any of the money she earned. She was only provided
5      food and a place to stay. She was not allowed to have anything.

6   l. Hicks transported the Victim from Bakersfield, CA to Las Vegas, NV to work as a
7      prostitute. They stayed at a Travelodge in Las Vegas. The Victim had one
8      prostitution date in Las Vegas, and she gave all of the money that she earned from
9      that date to Hicks.

10  m. The Victim was located by the Las Vegas Metropolitan Police Department
11     (LVMPD) along with Hicks. The Victim lied to officers regarding the involvement
12     of Hicks. Hicks was arrested for charges including contributing to the delinquency
13     of a minor.

14  n. The Victim's mother responded to Las Vegas and picked up the Victim.

15  o. The Victim stated Hicks was often armed with a handgun and that Hicks usually
16     slept with it. Hicks pointed the handgun at the victim on several occasions. Hicks
17     always rented the rooms at motels they stayed at. Hicks never worked as a
18     prostitute while the Victim was with her. Hicks had a new Dodge Charger that
19     she drove the Victim in. Hicks used her phone number to post the Victim on
20     prostitution websites and changed her number often. Hicks would use fake
21     photographs in the prostitution advertisements.

22  p. The Victim stated she made thousands of dollars working as a prostitute and gave
23     it all to Hicks. She stated Hicks had a boyfriend named Christopher Nunn that
24     was in jail the entire time she was with Hicks. The Victim went with Hicks to one
25     of Nunn's court appearances.

26  21. On April 11, 2013, I contacted Sergeant Holly Joshi of the Oakland Police Department
27     (OPD). I gave the information regarding the Victim. On April 12, 2013, Sgt. Joshi

28

11

Case 2:13-cr-00190-MCE   Document 1   Filed 05/14/13   Page 13 of 20

1    contacted me and told me that she located a field contact within OPD records
2    documenting the recovery of the Victim.  The report was emailed to me and said the
3    following in summary:

4       a.  The Victim was contacted by OPD patrol officers on March 13, 2013 at
5           approximately 11:48 PM.  She was located on International Blvd., which is a major
6           prostitution area in Oakland.  The Victim was with another female who was also
7           working.  The Victim denied knowing the other female.  She also stated she was
8           working as a prostitute, but did not have a pimp.

9       b.  The Victim lied to OPD about her name, but finally told the truth when questioned
10         further.  She was picked up by her mother.

11  22. Law enforcement agents obtained from the Victim's mother the cellular phone that,
12    according to the Victim, Hicks bought the phone for her, and that she was in
13    possession of when she was located by the police in Oakland.  The Victim's mother
14    had possession of the phone from March 13, 2013 to April 11, 2013, until it was
15    turned over to Special Agent Samantha Dilland of the FBI.  During the time the
16    Victim's mother had the phone, her other daughter used the phone as her own.

17  23. I went through the contacts of this phone and located a contact "Shay baby".  The
18    phone number associated with the contact was 916-271-5236.  I went to the
19    Sacramento County Known Persons File, which is a County Law Enforcement Data
20    Base.  I entered the phone number and the number came back to Hicks.  Hicks gave
21    this number to law enforcement on or about March 21, 2013, and she was the only
22    person associated with the number.

23  24. I went to the Bing.com search engine and entered the phone number 916-271-5236.  I
24    located two Myredbook.com prostitution ads using that phone number.  The first was
25    dated March 5, 2013, and the location was Sacramento.  The second was dated March
26    6, 2013, and the location was Power Inn and Howe.  I know from my training and
27    experience that there are two motels located in the area of Power Inn Road and Howe

28

12

1 Ave that are regularly used by prostitutes and pimps.

2 25. I went to the Sacramento County Jail visit and jail call data base. This data base
3 records and documents all visits, phone calls and numbers called by inmates of
4 Sacramento County. I entered the phone number 916-271-5236 and found that
5 inmate Christopher Nunn had made 31 phone calls to the number from March 9, 2013
6 to March 14, 2013. Nunn was identified by the Victim as Hicks' boyfriend. Hicks had
7 visited Nunn while he was in custody three times since February 23, 2013.

8 26. I listened to a sampling of the jail visits between Nunn and Hicks and the calls made
9 by Nunn to 916-271-5236.

10 27. In addition to calling 916-271-5236, I also saw that Nunn made 30 phone calls to
11 phone number 916-271-9015 between March 15, 2013 and March 20, 2013. After
12 listening to a sampling of the calls, the voice sounded like the female voice recorded
13 during visits between Nunn and Hicks, as well as the female voice that received the
14 calls placed by Nunn to 916-271-5236. Per the Victim, Hicks changed her number
15 frequently.

16 28. I went to the Bing.com, Google.com and Myredbook.com search engines. I located
17 Myredbook.com prostitution advertisements using the phone number 916-271-9015.
18 The first ad was in San Jose, CA, on March 14, 2013; the second was in Oakland, CA
19 on March 17, 2013; the third was in Reno, NV on March 20, 2013; and the fourth was
20 in Las Vegas, NV on March 23, 2013, the day the Victim and Hicks were located in
21 Las Vegas, NV.

22 29. In addition to the two phone numbers identified above, I saw that Nunn made 186
23 phone calls to 916-370-1892 from February 8, 2013 to March 4, 2013. After listening
24 to a sampling of the calls, I believe that Nunn was speaking to Hicks.

25 30. I went to the Bing.com, Google.com and Myredbook.com search engines. I located
26 one Myredbook.com prostitution advertisement using the phone number 916-370-
27 1892. The ad advertised two girls in the Arden Way area of Sacramento on March 4,

28

1   2013.

2   31. All of the prostitution advertisements described above were in areas the Victim
3        identified as being taken to by Hicks, and were within the date range the Victim was
4        with Hicks.

5   32. I listened to a jail call made by Nunn to Hicks at phone number 916-271-5236 that I
6        believe occurred approximately 45 minutes after the Victim was recovered by the
7        police in Oakland. During this call, the female I believe to be Hicks told Nunn in
8        summary that the police got the "bitch". Also, Hicks stated that they would send her
9        back to Sacramento. Later in the call, Hicks stated the police most likely would be
10       taking her to juvenile hall, indicating that Hicks knew that the Victim was a minor.
11       Hicks told Nunn that she was currently on Macarthur. Macarthur Blvd. is a well
12       known street close to International Blvd. in Oakland, the street on which the Victim
13       was picked up by police. Hicks also stated that they (meaning Hicks and the "bitch
14       found by the cops," i.e. the Victim) had just talked about having her use her sister's
15       name as an alias. The Victim's sister's name was the name that the Victim gave to
16       Oakland police officers when she was contacted by them.

17  33. I contacted the Motel 6 located 7850 College Town Drive Sacramento, CA. They
18       advised that Hicks rented a room on several nights, including March 6, 2013. There
19       was a Myredbook.com prostitution ad posted on March 6, 2013 for the area of Power
20       Inn and Howe (described above). This Motel 6 is approximately 2 miles from the
21       Power Inn Road/Howe Ave location.

22  34. On April 29, 2013, I ran Hicks in the Sacramento County Known Persons File and
23       saw that she was arrested on April 27, 2013 by the Sacramento Police Department. I
24       pulled the report documenting her arrest. According to that report, Hicks was
25       arrested for possession of a concealed firearm in her backpack. Hicks was released on
26       April 28, 2013.

27  35. I contacted FBI Special Agent Glen Booth in Reno, NV, and asked him to contact the

28

                                          14

Circus Circus Hotel Casino in order to attempt to locate registration information related to the Victim or Hicks.  On April 30, 2013, SA Booth provided me with the following information that he obtained from Circus Circus Hotel Casino:

    a.  Hicks rented room S 2860 at the Circus Circus Hotel Casino located at 500 North Sierra Street, Reno, NV on March 20, 2013, and checked out on March 21, 2013.  She registered for two people and provided the phone number 916-271-9015.

36. As stated above, I located a Myredbook.com prostitution advertisement dated March 20, 2013 using the phone number 916-271-9015 for the location of Reno, NV.

37. On May 13th, 2013, I received video surveillance from Special Agent David Hearn of the Las Vegas Division, Reno Office. The video was provided to SA Hearn by staff from the Circus Circus Hotel Casino in Reno, NV.

38. The video is dated 3/20/2013. At the 22:15:10 mark (10:15:10 PM) two females enter the lobby together.  One is wearing a bluish colored sweatshirt carrying two bags. The other female is dressed in black with pink boots pulling a rolling suitcase. The female wearing the bluish sweatshirt sat down on a bench while the other female leaves the area at 22:15:30.

39. At 22:15:36, the female in black with pink boots was shown on the front desk video. She approached the staff at the desk and was the only person at the desk until she left at 22:18:03.  Per the rental receipt from Circus Circus, Shanntaye Hicks rented room S 2860 on March 20th, 2013 at 22:16 (10:16 PM) as shown in the video.

40. At 22:19:26, both females are seen walking together in front of the gift shop at the Casino.

41. I showed the Victim the surveillance video and she identified herself in the video as the female wearing the bluish sweatshirt and Hicks as the female wearing black with pink boots who rented the room.

42. On May 2nd, 2013, I obtained a search warrant for phone numbers 916-271-5236, 916-

15

271-9015, and 916-370-1892 from the Honorable Kendall J. Newman.  The numbers were all tied to Hicks.  On May 13th, 2013, Metro PCS provided me with information pursuant to that warrant.  Based on my review of the information provided by METRO PCS, I have learned the following:

    a.  All three phones numbers had numerous incoming and outgoing text messages which pertained to prostitution and prostitution activity, such as setting up prostitution dates, detailing services provided and asked for, and locations where dates could take place.

    b.  The following text messages were sent from one of the three numbers belonging to Hicks:

        i.  That's a cheap hoe lol I don't let my birch bust dates for less then 80 so Im giving I a deal

        ii.  You been to Vegas yet

        iii.  I wnta take my bitch there

        iv.  Well its me and my girl we be push n every were the money at we just left Hollywood naw we about to go to Vegas Im 23 yr old bad female I got a 2013 Charger

        v.  And if you interested you can rock with me and my girl no niggas involvd

        vi.  We need another solid bitch to rock.

    c.  All the above text messages, based on my training and experience, are messages typically sent by someone involved with Pimping,

## PROBABLE CAUSE STATEMENT FOR ARREST WARRANT

43. Based upon my training and experience, and my investigation in this case, I have learned the following:

    a.  I know that pimps and their prostitutes use cellular telephones to

communicate with one another, either by voice calls or text message regarding their prostitution activities.

b. I know that prostitutes and their costumers communicate with one another, either by voice calls or text message regarding prostitution activity.

c. I know that pimps and prostitutes communicate with others involved in the prostitution/pimp sub-culture either by voice calls or text messages regarding prostitution/pimp activities.

d. The Victim was posted on the prostitution website Myredbook.com using phone numbers belonging to Hicks.

e. Phone number 916-271-5236 was listed as belonging to Hicks in the Sacramento County Known Persons File on March 21, 2013.

f. Shanntaye Hicks provided Circus Circus Hotel Casino in Reno, NV phone number 916-271-9015 when she registered for a room on March 20, 2013.

g. Phone numbers 916-370-1892, 916-271-5236, and 916-271-9015 were all tied to Hicks through jail phone calls between her and Nunn.

h. Phone numbers 916-370-1892, 916-271-5236, and 916-271-9015 were all tied to Myredbook.com prostitution advertisements in the location and time frames that the Victim was with Hicks.

i. The Victim was recovered by the Oakland Police Department while working as a prostitute on March 13, 2013. Hicks was recorded on a jail phone call using phone number 916-271-5236 approximately 45 minutes after the Victim was recovered stating that she (Hicks) was on Macarthur which is in Oakland, and that the police got the "bitch" and would probably take her to juvenile hall.

j. The Victim and Hicks are on hotel surveillance video in Reno, NV on March 20th, 2013 where Hicks rented a room at the Circus Circus. A Myredbook.com prostitution advertisement was located with the location

17

being Reno, NV on March 20th, 2013 using phone number 916-271-9015
which was the number Hicks gave when she checked in.

k. The Victim was recovered in Las Vegas, NV with Hicks and where
prostitution advertisements were located using Hicks' phone number.

l. Hicks was arrested by the Sacramento Police Department in possession of a
black and silver .40 caliber handgun which is the description of the gun the
Victim stated Hicks always had in her possession and sometimes pointed at
her.

m. The Victim was fearful of Hicks based on past facts she knew about Hicks
which discouraged her from telling Hicks she did not want to work as a
prostitute for her.

44. Therefore, based upon the information contained in this Affidavit, I respectfully
request an arrest warrant for Shanntaye Hicks, charging her with a violation of 18
U.S.C. § 1591, sex trafficking of minors, or by force, fraud, and coercion, and 18 U.S.C.
§ 2423(a), transportation of minors.

**REQUEST FOR SEALING AND NON-DISCLOSURE BY PROVIDER**

45. There is reason to believe that public filing of the arrest warrant could (1)
endangering the life or physical safety of an individual; (2) lead to the destruction of
evidence; (3) cause the intimidation of potential witness; or (4) otherwise seriously
jeopardize the investigation. The current investigation set forth above is not public,
and I know, based on my training and experience, that pimps often use violence
against those who cooperate with law enforcement.  In addition, if the arrest warrant,
is publicly filed, the subject of this investigation, and others associated with her, may
take steps to conceal or tamper with evidence which could seriously jeopardize the
investigation.

46. For the above-stated reasons, I also request that this arrest warrant, including the

18

affidavit in support, criminal complaint, request for sealing, and sealing order, be filed and maintained under seal until further order of the Court.

## CONCLUSION

47. Based on the foregoing, there is probable cause to Shanntaye Hicks, has violated 18 U.S.C. § 1591, sex trafficking of minors, or through force, fraud, and coercion, and 18 U.S.C. § 2423(a), transportation of minors.

DEREK STIGERTS
Deputy Special US Marshal
Innocence Lost Task Force

Approved as to form.

KYLE REARDON
Assistant United States Attorney

Subscribed and sworn to me this 14Th day of May, 2013

CAROLYN K. DELANEY
United States Magistrate Judge
Sacramento, California