BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 448-2900 FAX

FILED

MAY 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CASE NO. 2:13-CR-0190 MCE
                                    )
            Plaintiff,              )   VIOLATIONS: 18 U.S.C. § 1591 - Sex
                                    )   Trafficking of a Minor, or by Force,
     v.                             )   Fraud, and Coercion; 18 U.S.C.
                                    )   § 2423(a) - Transportation of a
SHANNTAYE EBONY HICKS,              )   Minor (Two Counts); 18 U.S.C.
                                    )   § 1594(d) and 2428 - Criminal
            Defendant.              )   Forfeiture
                                    )
                                    )

I N D I C T M E N T

Count One:   [18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Minor,
             or by Force, Fraud, and Coercion]

     The Grand Jury charges: T H A T

                SHANNTAYE EBONY HICKS,

defendant herein, between a date unknown to the Grand Jury, but no
later than on or about March 3, 2013, and on or about March 22, 2013,
in the State and Eastern District of California, in and affecting
interstate commerce, knowingly did harbor, transport, provide, and
maintain by any means, a person, to wit: a minor female victim
identified as "Juvenile Victim 1," knowing that means of force,

1

threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

Count Two:    [18 U.S.C. § 2423(a) - Transportation of a Minor]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, on or about March 20, 2013, in the State and Eastern District of California, and elsewhere, did knowingly transport an individual who had not attained the age of 18 years, to wit: a minor female victim identified as "Juvenile Victim 1," in interstate commerce from California to Reno, Nevada, with intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

Count Three:    [18 U.S.C. § 2423(a) - Transportation of a Minor]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, between on or about March 22, 2013, and on or about March 23, 2013, in the State and Eastern District of California, and elsewhere, did knowingly transport an individual who had not attained the age of 18 years, to wit: a minor female victim identified as "Juvenile Victim 1," in interstate commerce from California to Las Vegas, Nevada, with intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United

2

States Code, Section 2423(a).

**FORFEITURE ALLEGATION**: [18 U.S.C. §§ 1594(d) and 2428 - Criminal Forfeiture]

1.  Upon conviction of the offense alleged in Count One of this Indictment, defendant SHANNTAYE EBONY HICKS shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

2.  Upon conviction of one of more of the offenses alleged in Counts Two and Three of this Indictment, defendant SHANNTAYE EBONY HICKS shall forfeit to the United States pursuant to 18 U.S.C. § 2428(b), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

3.  If any property subject to forfeiture as a result of the offense alleged in Counts One through Three of this Indictment, for which defendant is convicted:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

/s/ Signature on file w/AUSA

*[signature: Benjamin Wagner]*
BENJAMIN B. WAGNER
United States Attorney

4

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

SHANNTAYE EBONY HICKS,

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1591 - Sex Trafficking of a Minor, or by Force, Fraud, and Coercion; 18 U.S.C. § 2423(a) - Transportation of a Minor (Two Counts); 18 U.S.C. § 2428 -Criminal Forfeiture

*A true bill,*  /s/ Signature on file

_____
*Foreman.*

*Filed in open court this* ___23___ *day*

*of* ___May___, A.D. 20 _13_

_____
*Clerk.*

*Bail, $* ___ NO PROCESS NECESSARY

_____

GPO 863 525

# PENALTY SLIP

**DEFENDANT:** SHANNTAYE EBONY HICKS

## COUNT ONE:

VIOLATION: 18 U.S.C. § 1591 - Sex Trafficking of a Minor, or by Force, Fraud, or Coercion

PENALTY: Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
Life supervised release.

## COUNTS TWO and THREE:

VIOLATION: 18 U.S.C. § 2423 - Transportation of a Minor

PENALTY: Not more than $250,000.00 Fine; or
Not less than 10 years to life imprisonment, or both;
Not more than 5 years of supervised release.

## FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. § 1594(d) and 2428 - Criminal Forfeiture
PENALTY: As stated in indictment.

ASSESSMENT: $100 special assessment for each count