BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 448-2900 FAX

FILED

JUL 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0190 MCE |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1591 - Sex Trafficking of a Minor, or by Force, Fraud, and Coercion (Four Counts); 18 U.S.C. § 2423(a) - Transportation of a Minor (Two Counts); 18 U.S.C. § 2251(a) - Production of Child Pornography; 18 U.S.C. § 1512(b)(2)(B) - Witness Tampering; 18 U.S.C. §§ 1594(d), 2253(a), 2428(b), and 981(a)(1)(C), and 28 U.S.C. § 2461(c) - Criminal Forfeiture |
| v. | |
| SHANNTAYE EBONY HICKS, | |
| Defendant. | |

S U P E R S E D I N G   I N D I C T M E N T

Count One: [18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Minor, or by Force, Fraud, and Coercion]

The Grand Jury charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, between a date unknown to the Grand Jury, but no later than on or about March 3, 2013, and on or about March 22, 2013, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly harbor, transport, provide, and

1

maintain by any means, a person, to wit: a minor female victim identified as "Juvenile Victim 1," knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

Count Two:   [18 U.S.C. § 2423(a) - Transportation of a Minor]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, on or about March 20, 2013, in the State and Eastern District of California, and elsewhere, did knowingly transport an individual who had not attained the age of 18 years, to wit: a minor female victim identified as "Juvenile Victim 1," in interstate commerce from California to Reno, Nevada, with intent that such individual engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

Count Three:   [18 U.S.C. § 2423(a) - Transportation of a Minor]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, between on or about March 22, 2013, and on or about March 23, 2013, in the State and Eastern District of California, and elsewhere, did knowingly transport an individual who had not attained the age of 18 years, to wit: a minor female victim identified as "Juvenile Victim 1," in interstate commerce from California to Las Vegas, Nevada, with intent that such individual engage in

2

prostitution, and in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

Count Four: [18 U.S.C. § 2251(a) - Production of Child Pornography]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, on or about March 19, 2013, in the State and Eastern District of California, did knowingly employ, persuade, entice, induce, coerce, and use a minor, identified as "Juvenile Victim 1", to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, when the defendant knew and had reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; when such visual depictions were produced and transmitted using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer; and when such visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

Count Five: [18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Minor, or by Force, Fraud, and Coercion]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, between on or about May 5, 2013, and on or about May 9, 2013, in the State and Eastern District of California, in and

affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and maintain by any means, a person, to wit: a minor female victim identified as "Juvenile Victim 2," knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

Count Six: [18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Minor, or by Force, Fraud, and Coercion]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, between on or about May 5, 2013, and on or about May 9, 2013, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and maintain by any means, a person, to wit: a minor female victim identified as "Juvenile Victim 3," knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act; and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

///
///
///
///

Count Seven: [18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Person by Force, Fraud, and Coercion]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, between on or about a date unknown to the Grand Jury but no later than January 1, 2013, and on or about March 23, 2013, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and maintain by any means, a person, to wit: a female victim identified as "Adult Victim 1," knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

Count Eight: [18 U.S.C. § 1512(b)(2)(B) - Witness Tampering]

The Grand Jury further charges: T H A T

SHANNTAYE EBONY HICKS,

defendant herein, on or about May 20, 2013, in the State and Eastern District of California, did knowingly and corruptly persuade, and attempted to persuade, a person, known to the Grand Jury and identified as "T.C.," to obtain a secure digital card ("SD card") previously possessed by the defendant, with the intent to cause and induce "T.C." to destroy and conceal the SD card, with the intent to impair the SD card's integrity and availability for use in an official proceeding, to wit: the federal investigation and prosecution of the defendant, then charged in criminal complaint number 2:13-MJ-0156 CKD, in violation of Title 18, United States Code, Section 1512(b)(2)(B).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 1594(d), 2253(a), 2428(b) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One, and Five through Seven, of this Indictment, defendant SHANNTAYE EBONY HICKS shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

2. Upon conviction of one of more of the offenses alleged in Counts Two and Three of this Indictment, defendant SHANNTAYE EBONY HICKS shall forfeit to the United States pursuant to 18 U.S.C. § 2428(b), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from proceeds traceable to such violations.

3. Upon conviction of the offense alleged in Count Four of this Indictment, defendant SHANNTAYE EBONY HICKS shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violation; and any property, real or personal, used or intended to be used to commit and promote the commission of the violation.

4. Upon conviction of the offense alleged in Count Eight of this Indictment, defendant SHANNTAYE EBONY HICKS shall forfeit to the

United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds traceable to said violation.

5. If any property subject to forfeiture as a result of the offenses alleged in Counts One through Eight of this Indictment, for which defendant is convicted:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. §§ 982(b)(1), 2253(b) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.



FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. 2:13-CR-0190 MCE

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

THE UNITED STATES OF AMERICA
vs.

SHANNTAYE EBONY HICKS

## SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1591 - Sex Trafficking of
a Minor, or by Force, Fraud and Coercion (Four Counts);
18 U.S.C. § 2423(a) Transportation of a Minor (Two Counts);
18 U.S.C. § 2251(a) - Production of Child Pornography;
18 U.S.C. § 1512(b)(2)(B) - Witness Tampering;
18 U.S.C. §§ 1594(d), 2253(a), 2428(b),
and 981(a)(1)(C), and 28 U.S.C. § 2461(c)
- Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* \_\_\_\_ 11 \_\_\_\_ *day*

*of* \_\_\_\_ July _____ , A.D. 20 13 \_\_\_

*Clerk.*

*Bail, $* \_\_ NO PROCESS NECESSARY

GPO 863 525

## PENALTY SLIP

## SUPERSEDING INDICTMENT

**DEFENDANT:** SHANNTAYE EBONY HICKS

**COUNT ONE:**
VIOLATION: 18 U.S.C. § 1591 - Sex Trafficking of a Minor, or by Force, Fraud, or Coercion

PENALTY: Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
5 to Life supervised release.

**COUNTS TWO and THREE:**
VIOLATION: 18 U.S.C. § 2423 - Transportation of a Minor

PENALTY: Not more than $250,000.00 Fine; or
Not less than 10 years to life imprisonment, or both;
Not more than 5 years of supervised release.

**COUNT FOUR**
VIOLATION: 18 U.S.C. § 2251(a) – Production of Child Pornography

PENALTY: Not more than $250,000 fine; or
Not less 15 years to life of imprisonment and up to 30 years Imprisonment, or both;
5 to Lifetime of supervised release.

**COUNTS FIVE and SIX:**
VIOLATION: 18 U.S.C. § 1591 - Sex Trafficking of a Minor, or by Force, Fraud, or Coercion

PENALTY: Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
5 to Life supervised release.

## COUNT SEVEN:
VIOLATION: 18 U.S.C. § 1591 - Sex Trafficking of a Person, or by Force, Fraud, or Coercion

PENALTY: Not more than $250,000 fine; or
Not less than 10 years imprisonment and up to life, or both;
5 to Life supervised release.

## COUNT EIGHT:
VIOLATION: 18 U.S.C. § 1512(b)(2)(B) – Witness Tampering

PENALTY: Not more than $250,000 Fine; or
Not more than 20 years imprisonment, or both;
Not more than 3 years of supervised release.

## FORFEITURE ALLEGATION:

VIOLATION: 18 U.S.C. §§ 1594(d), 2253(a), 2428(b) and 981(a)(1)(C), and 28 U.S.C. § 2461(c) - Criminal Forfeiture
PENALTY: As stated in indictment.

ASSESSMENT: $100 special assessment for each count