HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHANNTAYE HICKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-cr-190 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE AND TO EXCLUDE<br>) TIME |
| v. | ) |
| SHANNTAYE HICKS, | ) Date: November 21, 2013<br>) Time: 9:00 a.m. |
| Defendant. | ) Judge: Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for SHANNTAYE HICKS, that the status conference hearing date of October 24, 2013 be vacated, and the matter be set for status conference on November 21, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 21, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

-1-

| | | |
|---|---|---|
| DATED: October 18, 2013 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for SHANNTAYE HICKS |
| DATED: October 18, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Matthew M. Scoble for*<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 24, 2013, status conference hearing be continued to November 21, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 21, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: October 21, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT